IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR HOWARD,<br><br>Defendant. | No. 24-CR-04005<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. § 922(g)(3): Possession of Firearms by a Drug User<br><br>**Counts 2-3**<br>18 U.S.C. §922(a)(6) and 924(a)(2): False Statements During the Purchase of a Firearm<br><br>**Forfeiture Allegation** |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about between November 24, 2021, and October 11, 2023, in the Northern District of Iowa, defendant, VICTOR HOWARD, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana and Xanax, knowingly possessed firearms and ammunition, specifically:

    (1)     Springfield XDS Pistol, 9mm;
    (2)     SDS Imports, LH12 Shotgun, 12 gauge;
    (3)     Glock 42 Pistol, .380;
    (4)     EAA MC28SA Pistol, 9mm;
    (5)     Glock 27 Pistol, .40;
    (6)     Glock G20 Pistol, 10mm
    (7)     IWI Jericho 941 Pistol, 9mm;
    (8)     Taurus Spectrum Pistol, .380 ACP;
    (9)     Kel Tec Sub-2000 Rifle, .40;
    (10)    Smith & Wesson M&P Shield 45 Pistol;
    (11)    Taurus PT 24/7 Pistol, 9mm;
    (12)    Glock 23 Pistol, .40;
    (13)    Chiappa PAK-9 Pistol, 9mm;

1

(14) Ruger 57 Pistol, 5.7x28;
(15) Glock G29 Gen 4 Pistol, 10mm;
(16) Apex Delta M Pistol, 9mm;
(17) Taurus Public Defender Revolver, .410;
(18) Anderson Manufacturing AM15 Pistol, 7.62x39;
(19) Springfield XD Pistol, .40;
(20) Walther PPK/S Pistol, .22;
(21) MasterPiece Arms MPA3OT Pistol, 9mm;
(22) Smith & Wesson Shield EZ Pistol, .380;
(23) Glock G44 Pistol, .22LR;
(24) Glock G26 Gen 4 Pistol, 9 mm;
(25) Heckler & Koch HK MP5 Pistol, .22 LR;
(26) Glock G22 Pistol, .40;
(27) Glock G22 Pistol, .40; and
(28) Smith & Wesson M&P Pistol, .40.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 2

## False Statement During Purchase of Firearm

Between on or about November 24, 2021, and September 29, 2022, in the Northern District of Iowa, defendant, VICTOR HOWARD, in connection with the acquisition of firearms from American Brothers in Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, namely:

(1) Springfield XDS Pistol, 9mm;
(2) SDS Imports, LH12 Shotgun, 12 gauge;
(3) Glock 42 Pistol, .380;
(4) EAA MC28SA Pistol, 9mm;
(5) Glock 27 Pistol, .40;
(6) Glock G20 Pistol, 10mm
(7) IWI Jericho 941 Pistol, 9mm;
(8) Taurus Spectrum Pistol, .380 ACP;
(9) Kel Tec Sub-2000 Rifle, .40;
(10) Smith & Wesson M&P Shield 45 Pistol, .45;
(11) Taurus PT 24/7 Pistol, 9mm;
(12) Glock 23 Pistol, .40;

2

(13) Chiappa PAK-9 Pistol, 9mm;
(14) Ruger 57 Pistol, 5.7x28;
(15) Glock G29 Gen 4 Pistol, 10mm;
(16) Apex Delta M Pistol, 9mm;
(17) Taurus Public Defender Revolver, .410;
(18) Anderson Manufacturing AM15 Pistol, 7.62x39;
(19) Springfield XD Pistol, .405;
(20) Walther PPK/S Pistol, .22;
(21) MasterPiece Arms MPA3OT Pistol, 9mm;
(22) Smith & Wesson Shield EZ Pistol, .380; and
(23) Glock G44 Pistol, .22LR;

knowingly made a false and fictitious written statement to American Brothers in Arms, which statement was intended and likely to deceive American Brothers in Arms, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances, when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely marijuana and Xanax.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

## False Statement During Purchase of Firearm

Between on or about May 1, 2022 and October 9, 2022, in the Northern District of Iowa, defendant, VICTOR HOWARD, in connection with the acquisition of firearms from Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, namely: (1) Glock G26 Gen 4 Pistol, 9 mm; (2) Heckler & Koch HK MP5 Pistol, .22 LR; (3) Glock G22 Pistol, .40; and (4)

Glock G22 Pistol, .40, knowingly made a false and fictitious written statement to Scheels, which statement was intended and likely to deceive Scheels, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances, when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely marijuana and Xanax.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant, VICTOR HOWARD, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  1/17/24
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 1/17/2024
PAUL DE YOUNG, CLERK